

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2014

No. 04-14-00555-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 307125
Honorable Jason Pulliam, Judge Presiding

## O R D E R

On November 12, 2014, we abated this appeal and remanded the cause to the trial court to determine, inter alia, whether Appellant wants court-appointed counsel or wishes to represent himself in this appeal. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (authorizing appellate courts to abate appeals so the trial court can ensure the appellant has effective assistance of counsel). We ordered the trial court to conduct a hearing, receive evidence as necessary, admonish Appellant if he seeks to represent himself, and make certain findings of fact and conclusions of law by December 12, 2014. We also ordered the trial court clerk and court reporter to file their respective supplemental records by December 29, 2014.

On December 5, 2014, the trial court moved this court for an additional thirty days to hold the hearing and ensure the supplemental records are filed. The trial court's motion is GRANTED. The supplemental clerk's and reporter's records must be filed in this court not later than January 12, 2015.

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2014.



Keith E. Hottle
Clerk of Court